IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STACEY O'NEAL WILLIAMS, #101941, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-2001-M |
| | ) | (Consolidated with |
| DOUGLAS DRETKE, Director, Texas | ) | No. 3:04-CV-2002-M |
| Department of Criminal Justice, | ) | No. 3:04-CV-2003-M |
| Correctional Institutions Division, | ) | No. 3:04-CV-2004-M) |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 26 day of September, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE