IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STACEY O'NEAL WILLIAMS, #101941,<br>Petitioner,<br><br>v.<br><br>DOUGLAS DRETKE, Director, Texas<br>Department of Criminal Justice,<br>Correctional Institutions Division,<br>Respondent. | No. 3:04-CV-2001-M<br>(Consolidated with<br>No. 3:04-CV-2002-M<br>No. 3:04-CV-2003-M<br>No. 3:04-CV-2004-M) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated February 1, 2006, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted.

SO ORDERED this 15 day of February, 2006.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE